TRULINCS 78477112 - HENRY, DREW JOSEPH - Unit: YAN-D-A

---

FROM: 78477112
TO:
SUBJECT: Motion for Class Certification
DATE: 01/11/2026 09:19:11 PM

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| DREW JOSEPH HENRY, on behalf of himself and all other similarly situated, <br><br>   Petitioners, <br><br> v. <br><br> WARDEN, FPC YANKTON, <br><br>   Respondent. | 4:25-CV-04244-CCT <br><br> MOTION TO CERTIFY CLASS ACTION <br><br> PURSUANT TO Fed. R. Civ. P. 23(c)(1) |

I. Relief Sought

Petitioner moves this Court for an order under under Rule 23(c)(1)(A) of the Federal Rules of Civil Procedure that this proceeding may be maintained as a class action on behalf of a class comprised of Petitioner and all other persons similarly situated, namely: all inmates confined at Yankton Federal Prison Camp who, prior to arrival at their designated facility, were held in Bureau of Prisons custody in transit or holdover status and denied First Step Act time credit accrual due solely to transfer and/or designation delays.

II. Rule 23(a) Requirements are Satisfied

1. Numerosity

BOP denial of FSA time credits prior to arrival at an inmate's designated facility is categorical, hence the affected class includes all inmates held at Yankton FPC who are eligible to earn FTCs and did not self-surrender. The number of affected inmates is sufficiently large to make joinder impracticable.

2. Commonality

This action presents common quests of law and fact, including: whether FSA permits the BOP to deny credit accural during "holdover" prior to arrival at a designated facility; whether the BOP has a nondiscretionary duty to credit such time to inmates who have not refused to participate in programming; and whether denial of credits due to transfer delays violates the FSA statute. These questions are identical for every class member.

3. Typicality

Petitioner's claim is typical of the class: he was in BOP custody prior to arrival at his designated facility; he was denied FSA credit prior to arrival at his designated facility on the same basis as other inmates at Yankton FPC.

1

TRULINCS 78477112 - HENRY, DREW JOSEPH - Unit: YAN-D-A

---

4. Adequacy of Representation

Petitioner adequately represents the class because: his interests are fully aligned with those of the class; there are no conflicts among class members.

III. Rule 23(b)(2) Certification is Appropriate

Certification is proper under Rule 32(b)(2) because: the BOP has acted on grounds generally applicable to the class; uniform relief would resolve the issue for all members. This case challenges a single BOP policy or practice, not individualized time credit calculation determinations.

Dated: January 19, 2026

*[signature]*

Drew Henry 78477-112
Yankton Federal Prison Camp
PO Box 700
Yankton, SD 57078

Name: Drew Henry
REG#: 78477-112
FEDERAL PRISON CAMP
P.O. BOX 700
YANKTON, SD 57078

◇78477-112◇
District Courthouse
400 S Phillips AVE
Room 128
Sioux Falls, SD 57104
United States

57104-665128

SIOUX FALLS SD 570
22 JAN 2026  AM

