UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DREW JOSEPH HENRY,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, FPC YANKTON,<br><br>Respondent. | 4:25-CV-04244-CCT<br><br><br>ORDER GRANTING MOTION TO AMEND |

Pending is Drew Joseph Henry's motion to amend his petition for a writ of habeas corpus. Docket No. 14. Respondent did not respond to that motion.

Federal Rule of Civil Procedure 15(a)(1) allows a party to amend as a matter of course either (1) 21 days after serving the pleading, or (2) "if the pleading is one to which a responsive pleading is required, 21 days after service of the responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." FED. R. CIV. P. 15(a)(1).

Respondent filed his response on January 2, 2026. Docket No. 7. The court's docket shows that Mr. Henry's motion to amend was filed on January 26, 2026—24 days later. Were that the operative date, Mr. Henry would not be entitled to amend his pleading as a matter of course.

However, "[u]nder the prison mailbox rule, a pro se pleading is deemed filed upon deposit in the prison mail system prior to the expiration of the filing

deadline." United States v. Harrison, 469 F.3d 1216, 1217 (8th Cir. 2006). To invoke the prison mailbox rule, a petitioner must file an affidavit or notarized statement that shows the date on which he delivered his pleading to prison authorities. Porchia v. Norris, 251 F.3d 1196, 1198 (8th Cir. 2001).

Mr. Henry has done so. Page nine of Mr. Henry's proposed amended petition contains a signed declaration under penalty of perjury, which provides that Mr. Henry placed his motion to amend in the prison mail system on January 22, 2026—20 days after the respondent filed his response. Accordingly, Mr. Henry is entitled to amend his petition as a matter of course.

Respondent, however, has not had the opportunity to respond to Mr. Henry's amended petition. Specifically, Mr. Henry's amended petition argues that his earned time credits calculation improperly excluded pre-sentence time in BOP custody. Docket No. 14-1, at 6. Respondent shall be given 21 days to file a response addressing Mr. Henry's new ground for relief.

Therefore, it is

ORDERED that the motion to amend (Doc. 14) is granted. It is further

ORDERED that respondent shall file a response addressing Mr. Henry's new grounds for relief in his amended petition within 21 days from today.

DATED this 10th day of March, 2026.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge